UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARQUISE GULTRY,<br><br>Defendant. | 2:13-CR-153-KJD-PAL<br><br>ORDER |

**ORDER**

All parties being in agreement and the best interest of justice being served:

IT IS THEREFORE ORDERED that the Sentencing currently scheduled for Tuesday, December 3, 2013 at 9:00 a.m., be vacated and continued to  1/28/2014  at the hour of  9:00 a.m. in courtroom 4A.

DATED this  19th  day of  November , 2013.

_____
UNITED STATES DISTRICT JUDGE

3