# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>MARQUISE GULTRY,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)   2:13-CR-153-KJD-(PAL)<br>)<br>)<br>)<br>) |

**AMENDED FINAL ORDER OF FORFEITURE**

On December 2, 2013, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) based upon the plea of guilty by defendant MARQUISE GULTRY to the criminal offense, forfeiting the property set forth in the Forfeiture Allegation of the Indictment and shown by the United States to have the requisite nexus to the offense to which defendant MARQUISE GULTRY pled guilty.  Indictment, ECF No. 1; Change of Plea, ECF No. 21; Plea Agreement, ECF No. 22; Preliminary Order of Forfeiture, ECF No. 29.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from April 25, 2014, through May 24, 2014, notifying all potential third parties of their right to petition the Court and notified known third parties by personal service.  Notice of Filing Proof of Publication, ECF No. 45.

On May 8, 2014, the United States Marshals Service personally served Twylla McFarland with the Notice and Preliminary Order of Forfeiture. Notice of Filing Service of Process, ECF No. 44.

On June 20, 2014, the United States filed a proposed Final Order of Forfeiture. Proposed Final Order of Forfeiture, ECF No. 46.

On June 23, 2014, the Court entered the Final Order of Forfeiture. Final Order of Forfeiture, ECF No. 47.

On June 30, 2014, the United States filed a proposed Petition, Stipulation for Return of Property and Order allowing for the release of the weapon to the owner, Twylla McFarland. Proposed Petition, Stipulation for Return of Property and Order, ECF No. 48.

On July 3, 2014, the Court granted the Petition, Stipulation for Return of Property and Order. Order, ECF No. 49.

This Court finds no other petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. a black Glock model 26, 9mm handgun, with serial #KPD222; and
2. any and all ammunition.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the black Glock model 26, 9mm handgun, with serial #KPD222 shall be returned to Twylla McFarland pursuant to the Order (ECF No. 49).

1 The Clerk is hereby directed to send copies of this Order to all counsel of record and three
2 certified copies to the United States Attorney's Office.

3 DATED this 13th day of August, 2014.

_____
UNITED STATES DISTRICT JUDGE